

# Fourth Court of Appeals
## San Antonio, Texas

February 16, 2017

No. 04-16-00715-CV

**IN RE M.L.D.R.E., D.A.E., A.A.E., AND Y.M.E., CHILDREN**,

From the County Court at Law, Val Verde County, Texas
Trial Court No. 3147-CCL
Honorable Sergio J. Gonzalez, Judge Presiding

# O R D E R

Appellant's second motion for extension of time to file the appellant's brief is granted.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of February, 2017.

_____
Keith E. Hottle
Clerk of Court